UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| TYLER NAVARRETE, <br> BRANDON SAVAGE, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | No. 2:21-cv-00163-JRS-MJD |
| JOANNA PRIMEAU Dr., <br> CRYSTAL RIEHEART, <br> WEXFORD MEDICAL, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

The Court having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT. This action was dismissed for failure to pay the filing fees and failure to prosecute.

Date: 6/14/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Tyler Navarrete
229190
Wabash Valley Correctional Facility - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838

Brandon Savage
257067
Wabash Valley Correctional Facility - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838