UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRANDON SAVAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:21-cv-00163-JRS-MJD |
| ) | |
| JOANNA PRIMEAU, ) | |
| CRYSTAL RIEHEART, ) | |
| WEXFORD MEDICAL, ) | |
| ) | |
| Defendants. ) | |

## AMENDED FINAL JUDGMENT

The Court having this day made its Order directing the entry of an amended final judgment, now enters an AMENDED FINAL JUDGMENT. This action was dismissed for failure to prepay pay the filing fee.

Date: 7/14/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Tyler Navarrete
229190
Wabash Valley Correctional Facility - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838

Brandon Savage
257047
Wabash Valley Correctional Facility - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838